United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 25, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-50033
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

ROBERT JONATHON SCHEIDT,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-00-CR-400-3
--------------------

Before DeMOSS, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

     Attorney David G. Rogers, appointed to represent Robert

Jonathon Scheidt on appeal, has filed a motion to withdraw and a

brief as required by _Anders v. California_, 386 U.S. 738 (1967).

Scheidt has responded to Attorney Rogers's motion and brief.

Scheidt moves _pro se_ to dismiss his appeal conditionally or,

in the alternative, to consolidate his appeal with appeal

no. 01-50796; Scheidt's motion to dismiss is DENIED and his

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

motion to consolidate is DENIED.  Scheidt petitions for "judicial review"; Scheidt's petition is DENIED.

Our independent review of counsel's brief, Scheidt's response, and the record discloses no nonfrivolous issue. Accordingly, counsel's motion to withdraw is GRANTED; counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.